# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>USPS Priority Mail parcel bearing tracking number 9505 5265 5121 4317 4622 23 in the custody of the United States Postal Inspection Service in San Bernardino, California | Case No. 5:24-MJ-00480 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

    *See Attachment A*

located in the Central District of California, there is now concealed *(identify the person or describe the property to be seized)*:

    *See Attachment B*

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 841(a)(1); 846; 843(b) | See attached affidavit |

The application is based on these facts:

    *See attached Affidavit*

    ☒ Continued on the attached sheet.

_____
*Applicant's signature*

USPIS Task Force Officer, Trent Tully
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____

_____
*Judge's signature*

City and state: Riverside, CA      Honorable Sheri Pym, U.S. Magistrate Judge
*Printed name and title*

AUSA: Erin C. Kiss (951-276-6259)

**AFFIDAVIT**

I, Trent Tully, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of an application for a warrant to search a USPS Priority Mail parcel bearing tracking number 9505 5265 5121 4317 4622 23 in the custody of the United States Postal Inspection Service ("USPIS") in San Bernardino, California, within the Central District of California (the "SUBJECT PARCEL"), as described more fully in Attachment A.

2. The requested search warrant seeks authorization to seize evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance) (the "SUBJECT OFFENSES"), as described more fully in Attachment B. Attachments A and B are incorporated by reference herein.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation

into this matter. Unless specifically noted otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. TRAINING AND EXPERIENCE

4. I am a Task Force Officer ("TFO") with USPIS, and I have been so employed since January of 2024. I am currently assigned as a TFO to the Contraband Interdiction and Investigations South Team of the Los Angeles Division, which is responsible for investigating drug trafficking violations involving the United States Mail.

5. I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

6. Before being assigned as a TFO with USPIS, I worked patrol as a full-time sworn law enforcement officer with the Riverside County Sheriff's Office. I have been a sworn law enforcement officer since January 2011. I am a Police Officer within the meaning of Section 830.1 of the California Penal Code.

7. I have received training and have experience investigating violations of state and federal narcotics and money laundering laws, including, but not limited to, Title 21, United States Code, Sections 841, 846, 952, 959, and 963, and Title 18, United States Code, Section 1956(a). I am familiar

2

with various electronic surveillance methods, techniques, and investigations, including state and federal wiretap investigations and the debriefing of informants and witnesses, as well as others who have knowledge of the manufacturing, distribution, transportation, storage, and importation of controlled substances and the laundering of drug proceeds.

8. I have participated in many aspects of drug trafficking investigations, including investigations into the smuggling of illegal drugs and extortion concerning drug trafficking. I am familiar with narcotics traffickers' methods of operation, including the manufacturing, storage, transportation, and distribution of narcotics, and the collection of money that represents the proceeds of narcotics trafficking. I am also familiar how narcotics traffickers transport and distribute narcotics in areas they control. I am familiar with how drug traffickers use counter-surveillance techniques to avoid detection by law enforcement.

### III. SUMMARY OF PROBABLE CAUSE

9. On November 12, 2024, I identified the SUBJECT PARCEL at the Hallmark Shop located at 5225 Canyon Crest Dr. #68 in Riverside, California. The Hallmark Shop is a commercial mail receiving location for the United States Postal Service. I identified the SUBJECT PARCEL as meeting some of the following criteria common to packages containing contraband, including being heavily taped, and according to law enforcement databases, listing a sender name that is not associated with the respective listed addresses.

3

10. Additionally, on November 12, 2024, a trained narcotics detection dog alerted to the SUBJECT PARCEL indicating the presence of drugs or other items that could have been contaminated by drugs.

## IV. STATEMENT OF PROBABLE CAUSE

### A. Background on Use of Mails for Drug Trafficking

11. Based on my training and experience as a TFO, and the experiences related to me by Postal Inspectors who specialize in drug investigations, I know the following:

   a. Postal Inspectors have been conducting investigations of drug trafficking via USPS Express Mail and Priority Mail since the mid-1980s, and recently Ground Advantage parcels. In the early 1990s, Postal Inspectors in Los Angeles, California, began conducting organized interdictions of Priority Mail Express and Priority Mail parcels suspected of containing controlled substances and proceeds from the sale of controlled substances. Postal Inspectors also regularly examined and investigated Priority Mail Express and Priority Mail parcels. During the 1990s, Postal Inspectors observed that the trend was for drug traffickers to send controlled substances and proceeds from the sale of controlled substances, in the form of cash, using boxes.

   b. Although Postal Inspectors still see boxes used to send for controlled substances and cash, there has been a gradual change over the years toward the current trend of using smaller boxes, flat cardboard envelopes, and Tyvek envelopes, with proceeds from the sale of controlled substances converted

4

to money orders. By using money orders, drug traffickers are able to send large dollar amounts in compact form, using much smaller conveyances, which lend a sense of legitimacy to the parcel's appearance.

   c. Los Angeles, and the surrounding areas including San Bernadino and Riverside counties, are a significant source area for controlled substances. Controlled substances are frequently transported from the Los Angeles area via US Mail, and the proceeds from the sale of controlled substances are frequently returned to the Los Angeles area via US Mail. These proceeds are generally in the form of money orders, bank checks, or similar monetary instruments in an amount over $1,000. Based on my training and experience, I know that proceeds from the sale of controlled substances often contain the odor of drugs because they have been contaminated by or associated with the odor of one or more drugs.

   d. Drug distributors often use USPS Priority Mail Express, which is the USPS overnight/next day delivery mail product, or Priority Mail Service, which is the USPS two-to-three-day delivery mail product, and recently Ground Advantage. Drug distributors use the Priority Mail Express delivery service because of its speed, reliability, and the ability to track the parcel's progress to delivery. Drug distributors use the Priority Mail and/or Ground Advantage delivery service because it provides them more time for travel between states if they decide to follow their shipments to their destination for distribution. Also, by adding delivery confirmation to a

Priority Mail parcel, drug traffickers have the ability to track the parcel's progress to the intended delivery point, as if the parcel had been mailed using the Priority Mail 2-Day Service.

12. Parcels exhibiting such indicia may be subject to further investigation, which may include verification of the addressee and return addresses.

13. I know from my training and experience that drug traffickers often use fictitious or incomplete names and addresses in an effort to conceal their identities from law enforcement officers investigating these types of cases. To the extent that real addresses are ever used, it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

**B.     Initial Investigation of the SUBJECT PARCEL**

14. On November 12, 2024, around 11:40 a.m., I was monitoring a global positioning system "GPS" vehicle tracking device that was equipped to a 2017 Honda sedan, bearing temporary California license plate DJ05K42. The registered owner of the vehicle is Jonnatan A. Zunigatorres at 2815 Camino Del Rio S 50, San Diego, CA 92108. Prior to placing the "GPS" tracking device on the above-mentioned vehicle, I authored a Riverside County Superior Court search warrant, which was approved by the Honorable Judge Timothy Freer on November 5, 2024 in Riverside County Superior Court Case number SW2411051019SRW.

15. The above search warrant stemmed from an ongoing investigation into a drug trafficking organization from Riverside County and St. Louis, Missouri.

16. In October 2024, I was contacted by United States Postal Inspectors in St. Louis, Missouri regarding a recent seizure of suspected methamphetamine located inside a United States Postal Service ("USPS") parcel. The parcel was shipped from Murrieta, CA on October 15, 2024. Postal Inspector Kevin May applied for a federal search warrant to examine the contents within the parcel, which was approved by the Honorable Judge Stephen Casey in case number 4:24-MJ-6213 in the Eastern District of Missouri on October 21, 2024. After obtaining the federal search warrant the parcel was opened and approximately ten pounds of suspected methamphetamine was located.

17. I reviewed video footage for the transaction related to the parcel that was seized by the Missouri Postal Inspectors and was able to positively identify the subject who shipped the parcel as Luis Bonilla. Additionally, I confirmed through law enforcement databases, that the 2017 Honda sedan, bearing temporary California license plate DJ05K42, was located in the vicinity of the Murrieta Post Office on October 15, 2024. Through law enforcement databases, I was able to locate the vehicle at an apartment complex in Perris, CA and witnessed Luis Bonilla driving the vehicle on multiple occasions.

18. On November 12, 2024, around 11:40 A.M., I noticed the "GPS" tracking device leave the location of Bonilla's apartment in Perris, CA. The vehicle arrived at a shopping center located

7

in the Canyon Crest Community within the city of Riverside. I later learned there was a Hallmark store within the shopping center that serves as a USPS commercial mail receiving and shipping location.

    19.  Around 1:00 P.M., I arrived at the Hallmark store and located the SUBJECT PARCEL. I noticed the subject parcel was addressed to "JONNATAN ZUNiGA", the same name as the registered owner of the above-mentioned vehicle, and the destination was to Saint Louis, MO.

    20.  On November 12, 2024, I inspected the SUBJECT PARCEL while at the Hallmark Store. I determined that the SUBJECT PARCEL met some of the initial suspicious characteristics as described above. Specifically, I determined the following: The SUBJECT PARCEL was a heavily taped USPS Priority Mail parcel. Addditionally, according to "CLEAR," a law enforcement database, the return address listed on the SUBJECT PARCEL is "15839 ATHENA DT FONTANA CA, 92336." The address appears to be a legitimate address; however, it is not associated with the listed sender, "CARLOS GOMEZ." The recipient address listed on the SUBJECT PARCEL is, "PO BOX 191730 SAINT LOUiS, MO 63119." The address appears to be a legitimate address but is not associated with the name on the SUBJECT PARCEL, "JONNATAN ZUNiGA." However, based on my conversations with United States Postal Inspectors in St. Louis, MO, they have previously identified mail sent from Perris, CA to "PO BOX 191730 SAINT LOUiS, MO 63119" addressed to "JONNATAN ZUNiGA."

**C.     Drug-Detection Dog Alerts to the SUBJECT PARCEL**

21.   On November 12, 2024, based on the suspicious characteristics of the SUBJECT PARCEL, I requested that Riverside Sherriff's Office Deputy Marcus Murray have his trained drug detection dog, "C.C.," examine the exterior of the SUBJECT PARCEL.

22.   The parcel was set in an open area where there were several rooms and additional empty parcel boxes.  I hid the parcel inside a metal locker.  I also placed multiple empty parcel boxes inside separate lockers. I did not tell Deputy Murray about this location prior to C.C. finding the package.

23.   C.C. was allowed to work the area where the SUBJECT PARCEL and empty parcels were located.  When C.C. reached the metal locker where the SUBJECT PARCEL was located, C.C. gave a positive alert, indicating the presence of controlled substances or other items, such as the proceeds of controlled substances, which have been recently contaminated with the odor of controlled substances.

24.   Attached as Exhibit 1, which I incorporate fully herein by reference, are documents setting forth information provided by Deputy Murray regarding C.C.'s training and history in detecting controlled substances, and the examination of the SUBJECT PARCEL.

**V.     CONCLUSION**

25.   For the reasons above, there is probable cause to believe that the SUBJECT PARCEL, as described in Attachment A,

contains evidence, fruits, and instrumentalities of violations of the SUBJECT OFFENSES as described in Attachment B.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this ____ day of November 2024.

_____
HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

PARCEL TO BE SEARCHED

      The following United States Postal Service ("USPS") priority Mail parcel seized from the mail on November 12, 2024, and currently in the custody of the United States Postal Inspection Service in San Bernardino, California: The SUBJECT PARCEL is a USPS Priority Mail parcel bearing tracking number 9505 5265 5121 4317 4622 23.  The SUBJECT PARCEL is a white, medium-sized cardboard box.  The SUBJECT PARCEL is addressed to "JONNATAN ZUNiGA PO BOX 191730 SAINT LOUiS, MO 63119."  The return address listed on the SUBJECT PARCEL is "CARLOS GOMEZ 15839 ATHENA DR FONTANA CA, 92336."  The SUBJECT PARCEL was postmarked on November 12, 2024, in the 92507 zip code.

**ATTACHMENT B**

ITEMS TO BE SEIZED

The items to be seized are evidence, contraband, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance) (the "SUBJECT OFFENSES"), namely:

    a.   Any controlled substances, including marijuana;

    b.   Currency, money orders, bank checks, or similar monetary instruments in aggregate quantities over $1,000; and

    c.   Parcel wrappings, and any associated packaging material.

# Exhibit 1

## DECLARATION

I, Deputy Marcus Murray, being duly sworn, declare and state:

I am a sworn peace officer within the meaning of California Penal Code § 830.1.

## TRAINING AND EXPERIENCE:

I have been a Riverside County Sheriff's Department peace officer for 8 years. I was assigned a canine handler position and have served in the San Jacinto Special Enforcement team since September 2022. At the beginning of my career with the Riverside County Sheriff's Department, I attended a six-month police academy. After completing the academy, I was assigned to the Smith Correctional Facility. In 2020, I was assigned to the patrol division, where I conducted directed patrol and responded to emergency calls for service for 2 years. During this time, I conducted numerous investigations involving subjects who possessed, used, sold, and transported illegal drugs. I observed, arrested, and talked to thousands of subjects while handling or assisting with these investigations.

In September 2022, I was assigned to the position of a canine handler and have been serving in the San Jacinto Special Enforcement team since September 2022, where I currently work. I frequently investigate crimes related to illicit drug sales, transportation, trafficking, manufacturing, and other associated drug violations. I have attended schools related to these investigations, such as narcotic investigation, various trafficking techniques, investigating drug trafficking organizations, and a course in Street Crimes and Drug Abuse Recognition. During these trainings, I received instruction and hands-on experience with how illicit drugs are manufactured, packaged, transported, sold, and ingested. On multiple occasions, I have purchased illegal drugs in an undercover capacity and routinely worked with confidential informants during the course of my duties. I frequently interview subjects involved in the drug trade to stay informed on current street trends.

## NARCOTICS K9 TEAM DEPUTY MURRAY AND K9 C.C.'S TRAINING AND CERTIFICATIONS:

In March of 2023, I attended a three-week K9 handler's course taught by Vohne Liche Kennels (VLK). in Banning, California. At the conclusion of the course, K9 "C.C." (a one-and-a-half-year-old Belgian Malinois) and I were certified as a drug detection K9 team through Vohne Liche Kennels (VLK). And Peace Officer Standards and Training ("P.O.S.T."). K9 C.C. is trained to detect odors of the following controlled substances: methamphetamine, cocaine, heroin, and fentanyl. Certifications typically are conducted bi-annually, and K9 C.C.'s most recent certification took place on March 23, 2023. In addition to bi-annual certifications, K9 C.C.'s reliability and proficiency are tested bi-weekly by Vohne Liche Kennels in a controlled environment. All certifications and most proficiency assessments are conducted "single-blind" (where the result is unknown to the handler). Single-blind certification and proficiency assessments ensure the handler cannot "cue" the dog, as the handler does not know the result. All of K9 C.C.'s certifications and training are conducted using absolute contraband that has been tested and confirmed as such. K9 C.C. and I train approximately 16 hours a month in the area of narcotics detection and frequently use circulated and uncirculated United States Currency as a distraction odor.

On Tuesday, November 12, 2024, Task Force Officer Trent Tully advised me that he seized a USPS Priority parcel from Riverside, CA. Task Force Officer Trent Tully transported the parcel to the San Bernardino Post Office and requested my K9 narcotics detection partner C.C.'s assistance in a narcotics parcel investigation. Task Force Officer Trent Tully asked me to meet at the United States Post Office at 390 West 5th Street in San Bernardino, CA 92401. At approximately 1555 hours, the same day, I responded to the Post Office with K9 C.C. and conducted a sniff of the parcel described below.

The parcel was set within an open area containing several rooms and additional blank parcel boxes. Task Force Officer Trent Tully also made the search blind for the handler and C.C. by placing the parcel inside a row of lockers. C.C. gave a positive alert for the presence of an odor

he is trained to detect (methamphetamine, heroin, cocaine, and fentanyl). K9 C.C. alerted to the odor of narcotics emitting from the parcel listed below.

#1    United States Postal Priority Mail parcel bearing tracking label number:

9505 5265 5121 4317 4622 23

*Deputy Marcus Murray*
_____

Deputy Marcus Murray

Riverside County  Sheriff's Department 8